Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 18−12058−KCF
           Chapter: 13
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Walter Bailey                                   Janeen Gudger
   31 Landsdowne Road                    31 Landsdowne Road
   Burlington, NJ 08016                   Burlington, NJ 08016

Social Security No.:
   xxx−xx−5628                                      xxx−xx−5293

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑ An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on March 1, 2018 in the amount of $ 77.50 has not been received by the Clerk,

☐ The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/16/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/16/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Kathryn C. Ferguson on

Date: March 28, 2018
Time: 2:00 PM
Location: Courtroom 2
Address:   Clarkson S. Fisher Courthouse
             402 East State Street
             Trenton, NJ 08608−1507

Dated: March 2, 2018
JAN: ckk

                                            <u>Kathryn C. Ferguson</u>
                                            United States Bankruptcy Judge